| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>United States Attorney<br>2  GARY M. LEUIS<br>Special Assistant United States Attorney<br>3  MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401<br>4  Fresno, California 93721<br>Telephone: (559) 497-4000 | |

McGREGOR W. SCOTT
United States Attorney
GARY M. LEUIS
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>EDKON K. VANG,<br><br>            Defendant. | Case No. 1:18-po-00117-SAB<br><br>[Citation #6730188 CA/89]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00117-SAB [Citation #6730188 CA/89] against EDKON K. VANG without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 9, 2018              Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                           By:     /s/ Gary M. Leuis
                                   GARY M. LEUIS
                                   Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00117-SAB [Citations #6730188 CA/89] against EDKON K. VANG be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __August 13, 2018__

UNITED STATES MAGISTRATE JUDGE